IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Plaintiff,

v.                                         CV 16-574 MV/WPL

UNITED STATES OF AMERICA,

      Defendant.

**ORDER TO SHOW CAUSE AND RESETTING SCHEDULING CONFERENCE**

      This matter is before the Court *sua sponte*. On August 22, 2016, I entered an Initial Scheduling Order that set the Rule 16 scheduling conference for September 28, 2016, at 1:30 p.m. (Doc. 6.) Counsel for State Farm did not appear for the scheduling conference.

      IT IS THEREFORE ORDERED that Julia Hosford Barnes, counsel for State Farm, shall send a letter to my chambers showing cause for her absence at the September 28 scheduling conference no later than **September 29, 2016, at 5:00 p.m.** This letter shall be faxed to my chambers at **(505) 348-2305**.

      IT IS FURTHER ORDERED that the September 28 scheduling conference is hereby VACATED and RESET for **October 6, 2016, at 9:30 a.m. The parties will call the Court's "meet-me" line at (505) 348-2356** to participate in the scheduling conference at that time.

                                                            _____
                                                              William P. Lynch
                                                               United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any *pro se*
party as they are shown on the Court's docket.