IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

      Plaintiff,

v.                                      CV 16-574 MV/WPL

UNITED STATES OF AMERICA,

      Defendant.

**ORDER QUASHING ORDER TO SHOW CAUSE**

On September 28, 2016, I entered an Order to Show Cause (Doc. 10), requiring Plaintiff's counsel to explain her absence at the scheduling conference on that date. It now appearing that Plaintiff's counsel appropriately explained her absence, the Order to Show Cause is quashed.

      IT IS SO ORDERED.

                                                  _____
                                                  William P. Lynch
                                                  United States Magistrate Judge